UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EDDIE JOHNSON,

                         Plaintiff,                **ORDER**
                                                 CV 07-0079 (RRM)(ARL)
      -against-

THE COUNTY OF NASSAU, et al.,

                        Defendants.
-------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      Before the court is the plaintiff's letter, dated June 20, 2008, again seeking to compel the release of the jail and medical records of non-party inmate Calvin Samuels, who is alleged to have attacked the plaintiff. Plaintiff also seeks an unspecified extension of the July 2, 2008 deadline for the completion of discovery to allow for review of Mr. Samuels' records. Defendants oppose the application insofar as it seeks to compel Mr. Samuels' records from the Nassau County Correctional Center. See Haber Letter, dated June 24, 2008.

      This court has already addressed this issue in two prior orders. See Orders, dated February 19, 2008 and April 7, 2008. This court previously determined that the medical records of a non-party may not be released in the absence of consent or an order of this court upon a proper showing of necessity.

      Pursuant to the court's April 7th order, plaintiff reports that Mr. Samuels objected to the release of his jail and medical records. The defendants' represent that the requested documents have all been provided albeit with the redaction of any medical and/or confidential identifying information such as Social Security number and date of birth. Plaintiff's statement that he "consents that any information obtained in the records regarding physical and personal information not related to Mr. Samuel's [sic] propensity towards violence be redacted" does not provide the court any guidance with respect to which redactions he wishes the court to review. Accordingly, the plaintiff is to specify in a further submission to the court which redactions he wishes the court to review for potential relevance to the issue raised.

Dated: Central Islip, New York                 **SO ORDERED:**
          June 27, 2008

                                                    _____/s/_____
                                                    ARLENE R. LINDSAY
                                                    United States Magistrate Judge